LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 954-2380
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| JUAN JARAMILLO,<br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No: 5:23-cv-00650-DFM<br><br><u>ORDER AWARDING EAJA FEES</u> |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED AND THIRTY-FOUR DOLLARS AND 04/100 ($4,834.04) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: November 16, 2023

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE